1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF ARIZONA

10
11
12
13
14
15
16
17
18
19

LAURIE MILLER, BRIAN DIMAS,
KIM MILLS, ANTHONY SOZA,
BRUCE CAMPBELL, KELLIE
BOWERS, TIM HUNTER, BRIAN
SAYLOR, MICHAEL SCHAMADAN,
INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE
OF HIS WIFE, BRANDI SCHAMADAN,

     Plaintiffs,

    vs.

YORK RISK SERVICES GROUP,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:13-cv-1419 JWS

ORDER AND OPINION

[Re: Motion at Docket 8]

20
21
22
23
24
25
26
27
28

## I. FINAL ORDER

After the parties' briefing was completed, the court set out its preliminary view on the motion at docket 8 in an order at docket 23 filed on December 9, 2013.  Oral argument was then heard on December 19, 2013.  This order provides the court's decision on the motion at docket 8.

After considering the lawyers' well articulated arguments and reviewing additional authority mentioned during oral argument, the court adopts the order at docket 23.  Defendant's suggestions that certain questions of law be certified for appeal

1  to the Ninth Circuit and referred to the Arizona Supreme Court are rejected as

2  unnecessary.

3  **II.  CONCLUSION**

4      For the reasons set out at length in the order at docket 23, Defendant's motion at

5  docket 8 to dismiss Plaintiffs' complaint pursuant to Rule 12(b)(6) is DENIED IN PART

6  and GRANTED IN PART as follows:

7      1.  Defendant's request that Plaintiffs' RICO claims be dismissed is DENIED;

8      2.  Defendant's request that Plaintiffs' aiding and abetting claims be

9      dismissed is DENIED;

10     3.  Defendant's request that Mr. Schamadan's claims as representative of

11     the estate of Mrs. Schamadan be dismissed to the extent they seek

12     damages for pain and suffering is GRANTED;

13     4.  Defendant's request that Mr. Schamadan's individual claims be

14     dismissed is GRANTED;

15     5.  Mr. Shamadan's request to be permitted to seek leave to amend is

16     GRANTED.  An amended complaint containing Mr. Shamadan's amended

17     claims shall be filed within 14 days from the date of this order.  Defendant

18     shall respond within 14 days from the date the amended complaint is filed.

19     DATED this 19th day of December 2013.

20

21                  /S/

22                  JOHN W. SEDWICK
                 UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28