**THE CAVANAGH LAW FIRM**
A Professional Association

1850 NORTH CENTRAL AVENUE
SUITE 2400
PHOENIX, ARIZONA 85004-4527
(602) 322-4000

Scott A. Salmon, SBN 006443
ssalmon@cavanaghlaw.com
Cassandra V. Meyer, SBN 021124
cmeyer@cavanaghlaw.com
Karen Stafford, SBN 030308
kstafford@cavanaghlaw.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LAURIE MILLER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> YORK RISK SERVICES GROUP; THE FRANK GATES SERVICE COMPANY D/B/A AVIZENT RISK, <br><br> Defendants. | NO. CV 13-01419-JWS-PHX <br><br> **NOTICE OF SETTLEMENT** |

Notice is hereby given that the above-captioned matter has been resolved as to all parties. A Stipulation and Order of Dismissal with Prejudice will follow pending execution of the settlement documents.

DATED this 27th day of July, 2015.

THE CAVANAGH LAW FIRM, P.A.

By: s/ Karen Stafford
    Scott A. Salmon
    Cassandra V. Meyer
    Karen Stafford
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2015, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Michael Patrick Doyle
Jeffrey Avery
Doyle LLP
2633 East Indian School Road, Suite 320
Phoenix, AZ  85016

Roger Schwartz
Thomas Whitley
Taylor & Associates
320 East Virginia, Suite 100
Phoenix, AZ  85004
Attorneys for Plaintiffs

*s/ J. Cliffton*